BETTY BURHENN, Plaintiff-Appellant, *v.* WALTER A. KYGER *et al.*, Defendants-Appellees.

(No. 72-103; ▮▮▮▮▮▮▮▮

Second District—August 21, 1973.

▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. JUSTICE THOMAS J. MORAN.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

William J. Sturgeon, of Dixon, for appellant.

Henry S. Dixon, of Dixon, for appellees.